**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| In Re: | ) ) ) ) ) ) ) ) | Case No. <u>13-50703</u> |
| Ashley Proctor | | |
| | | Judge: <u>CALDWELL</u> |
| Debtor | | Chapter: 13 |

**NOTICE OF CHANGE OF ADDRESS**

NAME OF PARTY TO BE CHANGED:    Debtor;    Ashley Proctor

FORMER ADDRESS:            418 Lee Lane
                           Westerville, OH 43082

NEW ADDRESS:               60 Ridge Rd. N
                           Mansfield, OH 44905

DATE: Friday, April 22, 2016       */s/ Michael A. Cox*
                                   Michael A. Cox (0075218)
                                   Attorney for Debtor
                                   Guerrieri & Cox
                                   2500 North High Street, Ste. 100
                                   Columbus, OH 43202
                                   (614) 267-2871

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true copy of the above Notice of Change of Address is served via ECF to the U.S. Trustee on Friday, April 22, 2016.

                                   */s/ Michael A. Cox*
                                   Michael A. Cox (0075218)
                                   Attorney for Debtor